AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**FILED**
JUN 21 2016
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

United States of America
v.
AKRAM I. MUSLEH

)
)
)
)
)
)

Case No. 1:16-MJ-00444

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   AKRAM I. MUSLEH  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Providing Material Support to a Designated Foreign Terrorist Organization, in violation of Title 18, United States Code, Sections 2 and 2339B(a)(1).

Date:   06/21/2016

*Issuing officer's signature*

City and state:   Indianapolis, Indiana

Tim A. Baker, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/21/16, and the person was arrested on *(date)* 6/21/16
at *(city and state)* Indianapolis, Indiana.

Date: 6/21/16

*Arresting officer's signature*

FBI Special Agent Michele Denise Holley
*Printed name and title*