UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
SEP 14 2016
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:16-cr- |
| ) | |
| AKRAM I. MUSLEH, ) | **1 16-cr- 0 1 9 0 SEB -MJD** |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT 1

**(Attempting to Provide Material Support or Resources to a Designated Foreign Terrorist Organization - Title 18 U.S.C. §§ 2 and 2339B(a)(1))**

The Grand Jury charges that:

From during in or about April 2016 up to and including June 21, 2016, in the Southern District of Indiana and elsewhere,

AKRAM I. MUSLEH,

the Defendant, a United States citizen, did knowingly attempt to provide "material support or resources," as that term is defined in Title 18, United States Code, Section 2339A(b), including personnel (to wit: himself), to a foreign terrorist organization, namely, the Islamic State of Iraq and the Levant ("ISIL"), which at all relevant times was designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, knowing that ISIL was a designated foreign terrorist organization (as defined in Title 18, United States Code, Section 2339B(g)(6), that ISIL engages and has engaged in terrorist activity (as defined in section 212(a)(3)(B) of the INA), and that ISIL engages in and has engaged in

terrorism (as defined in section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989), all in violation of Title 18, United States Code, Sections 2 and 2339B(a)(1).

A TRUE BILL:

_____
FOREPERSON

JOSH J. MINKLER
United States Attorney

By: *[signature]* Doris Pryor for
Doris L. Pryor
Assistant United States Attorney

By: *[signature]* Doris Pryor for
Bradley P. Shepard
Assistant United States Attorney

## FORFEITURE ALLEGATION AS TO COUNT ONE

1. The United States hereby gives notice to AKRAM I. MUSLEH, the defendant, charged in Count One of this Indictment that, upon his conviction of such offense, the government will seek forfeiture pursuant to either:

    a. Title 18, United States Code, Section 981(a)(1)(G), and Title 28, United States Code, Section 2461(c), which require the forfeiture of any property, real or personal, constituting or derived from proceeds traceable to such offense; and/or

    b. Title 18, United States Code, Section 981(a)(1)(G) and Title 28, United States Code, Section 2461(c), which require the forfeiture of all assets, foreign or domestic:

        i. of any individual, entity, or organization engaged in planning or perpetrating any federal crime of terrorism against the United States, citizens or residents of the United States, or their property, and all assets, foreign or domestic, affording any person a source of influence over any such entity or organization;

        ii. acquired or maintained by any person with the intent and for the purpose of supporting, planning, conducting, or concealing any federal crime of terrorism against the United States, citizens or residents of the United States, or their property;

        iii. derived from, involved in, or used or intended to be used to commit any federal crime of terrorism against the United States, citizens or residents of the United States, or their property; or

       iv. of any individual, entity, or organization engaged in planning or perpetrating any act of international terrorism against any international organization or against any foreign government.

2. The violation of Title 18, United States Code, Section 2339B alleged in Count One of this Indictment is a federal crime of terrorism, as defined in Title 18, United States Code, Section 2332b(g)(5), against the United States, citizens and residents of the United States and their property.

3. If any of the above-described forfeitable property, as a result of any act or omission of AKRAM I. MUSLEH, the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

(Title 18, United States Code, Sections 981(a)(1)(C) and (G); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c)).