UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| V. | ) ) CAUSE NO. 1:16-cr- |
| AKRAM I. MUSLEH, | ) ) **1 16-cr- 0 1 9 0 SEB -MJD** |
| Defendant. | ) ) |

### PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 2339B(a)(1) Attempting to Provide Material Support or Resources to a Designated Foreign Terrorist Organization | 20 | $250,000 | Lifetime |

Dated: _____    _____
                                    Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana