UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:16-cr-00190-SEB-MJD |
| | ) | |
| AKRAM I. MUSLEH, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF INTENT TO USE FOREIGN
INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States, through its attorney, Josh J. Minkler, United States Attorney for the Southern District of Indiana, hereby provides notice to defendant AKRAM I. MUSLEH, and to the Court, that pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Dated: September 22, 2016

                                                      Respectfully Submitted,

                                                      JOSH J. MINKLER
                                                      United States Attorney

                                     By:    s/Doris L. Pryor_____
                                                     Doris L. Pryor
                                                     Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2016, a copy of the foregoing Notice Of Intent To Use Foreign Intelligence Surveillance Act Information was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**Joshua S. Moudy**
KAMMEN & MOUDY
135 North Pennsylvania St.
Suite 1175
Indianapolis, IN 46204
josh@kammenlaw.com

**Thomas Anthony Durkin**
DURKIN & ROBERTS
2446 N. Clark Street
Chicago, IL 60614
tdurkin@durkinroberts.com

By:  s/Doris L. Pryor
Doris L. Pryor
Assistant United States Attorney
Office of the United States Attorney
10 W. Market Street, Suite 2100
Indianapolis, IN 46204-3048
Telephone: (317) 226-6333
Fax:  (317) 226-6125
Email:  Doris.Pryor@usdoj.gov