UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AKRAM I. MUSLEH, )<br>)<br>Defendant. ) | 1:16-cr-00190-SEB-MJD-01 |

**ORDER ON DEFENDANT'S MOTION FOR CONTINUANCE**

Defendant has moved for a continuance of the March 3, 2017 Classified Information Procedures Act Conference and the April 10, 2017, trial date. The Court, having considered said motion and being duly advised in the premises, finds that said motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that the March 3, 2017, Classified Information Procedures Act Conference and the April 10, 2017 trial date are VACATED. This action is RESET for a bifurcated Classified Information Procedures Act Conference on **Monday, March 20, 2017**. Counsel for the Government only shall first appear on **March 20, 2017 at 1:00 p.m.**, for an *ex parte, in camera* classified conference with the court; and all counsel shall appear on **March 20, 2017 at 2:00 p.m.** for an *in camera* conference to discuss the discovery and motion plan more generally. The jury trial is RESET on **Monday, June 12, 2017, at 9:30 a.m.** in Room 216, U.S. Courthouse, Indianapolis, Indiana.

Additionally, the Court finds, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by granting the continuance requested outweigh the best interest of the public and the

defendant in a speedy trial and also finds, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), that the failure to grant the continuance requested would deny the defendant reasonable time to effectively prepare for trial. Accordingly, the period of delay from the date of this Order through and including June 12, 2017, shall be excluded in computing the time within which the trial of this action must commence.

**IT IS SO ORDERED.**

Date:   2/28/2017

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas Anthony Durkin
DURKIN & ROBERTS
tdurkin@durkinroberts.com

Joshua S. Moudy
KAMMEN & MOUDY
josh@kammenlaw.com

Bradley Paul Shepard
UNITED STATES ATTORNEY'S OFFICE
brad.shepard@usdoj.gov

Doris Pryor
UNITED STATES ATTORNEY'S OFFICE
doris.pryor@usdoj.gov

Joe Howard Vaughn
UNITED STATES ATTORNEY'S OFFICE
joe.vaughn@usdoj.gov