INSD 458 (Rev. 08/09) Appearance of Counsel - Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| UNITED STATES | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 16 CR 190 |
| AKRAM I. MUSLEH | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court and I appear in this case as counsel for:

AKRAM I. MUSLEH

in the capacity of:

☐ CJA Appointment

☐ Federal Community Defender

☒ Retained Attorney

☐ Other: _____ (Please specify.)

*Attorney's signature*

ROBIN V. WATERS, IL Bar No. 6317340

*Printed name and bar number*

Date: 2/27/17

2446 North Clark Street, Chicago IL 60614

*Address*

rwaters@durkinroberts.com

*E-mail address*

312-882-3390

*Telephone number*

312-913-9235

*FAX number*