UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:16-cr-00190-SEB-MJD |
| | ) | |
| AKRAM I. MUSLEH, | ) | -01 |
| | ) | |
| Defendant. | ) | |

The Honorable Sarah Evans Barker, Judge
Entry for March 20, 2017

On this date, Defendant appeared in person, together with retained counsel Robin Waters and Joshua Moudy, and the Government appeared by AUSA Doris Pryor, Steve DeBrota, and Paul Casey together with the Government's investigative agents Matt Vandevender and Jon Graf and Litigation Security, Dan Hartenstine, for a pretrial conference. The hearing was reported by Court Reporter, Laura Howie-Walters.

- The Court conducted an *ex parte* classified information conference with the Government.
- The Court inquired as to Defendant's position on the proposed joint scheduling recommendations.
- The Court will issue an amended scheduling recommendation under separate Order.
- There being no further issues raised by the Court or by parties, the conference was adjourned.

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.