UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:16-cr-00190-SEB-MJD |
| | ) | |
| AKRAM I. MUSLEH, | ) | -01 |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Upon consideration of the parties' joint scheduling recommendation pursuant to the Classified Information Procedures Act ("CIPA"), the Court adopts the following schedule:

the Defendant shall file any motion pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure on or before September 11, 2017;

the Government shall files its response to any such motion on or before October 4, 2017;

the Defendant shall file any motion challenging the *ex parte* nature of the Government's anticipated motion pursuant to Section 4 of CIPA on or before September 11, 2017;

the Government shall file its response to any defense motion challenging the ex parte nature of the Government's CIPA Section 4 motion on or before October 4, 2017;

the Government shall file any motion pursuant to Section 4 of CIPA on or before November 30, 2017;

the Defendant shall file any notice pursuant to Section 5 of CIPA on or before January 26, 2018;

the Government shall file any objection to the sufficiency of the Defendant's CIPA Section 5 notice on or before March 2, 2018; and

the June 12, 2017, trial date is VACATED.  This action is REASSIGNED for trial on <u>Monday, June 18, 2018, at 9:30 a.m.</u> in Room 216, U.S. Courthouse, Indianapolis, Indiana.

Additionally, the Court finds, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by granting the continuance requested outweigh the best interest of the public and the defendant in a speedy trial and also finds, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), that the failure to grant the continuance requested would deny the defendant reasonable time to effectively prepare for trial.  Accordingly, the period of delay from the date of this Order through and including June 18, 2018, shall be excluded in computing the time within which the trial of this action must commence.

**IT IS SO ORDERED.**

Date:  _3/21/2017_

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.