UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CAUSE NO. 1:16-cr-00190-SEB-MJD |
| ) | |
| ) | |
| **AKRAM I. MUSLEH,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

**GOVERNMENT'S MOTION FOR PROTECTIVE ORDER
PURSUANT TO SECTION 3 OF THE
CLASSIFIED INFORMATION PROCEDURES ACT**

The United States of America, by and through counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Doris L. Pryor, Assistant United States Attorney, moves for a Protective Order pursuant to Section 3 of the Classified Information Procedures Act ("CIPA"), Title 18, U.S.C. Appendix III, to allow cleared counsel for the defendant to review classified material. The government also attaches a proposed Protective Order.

This a criminal matter in which the grand jury has returned an indictment charging the defendant with attempting to provide material support to designated foreign terrorist group, in violation of Title 18, United States Code, Section 2339B. The government anticipates providing cleared counsel for the defendant with access to material classified at

the "Secret" level. The proposed Protective Order Pursuant to Section 3 of CIPA will give properly cleared defense counsel access to classified discovery and at the same time restrict defense counsel from sharing the material itself, or its contents, with anyone other than their own properly cleared employees or other personnel (who will also be required to obtain the proper clearance) who are necessary to assist in the preparation of this case.

Section 3 of CIPA mandates that the district court issue a protective order upon the motion of the United States to protect against the disclosure of any classified information that is disclosed by the government to the defense. Section 3 was intended "to codify the well-established practice, based on the inherent authority of federal courts, to issue protective orders," *United States v. Pappas*, 94 F.3d 795, 801 (2d Cir. 1996) (quoting CIPA legislative history H.R. Rep. No. 831, 96th Cong., 2d Sess., pt. 1 (1980)), as well as to supplement the district court's authority under Federal Rule of Criminal Procedure 16(d)(1) to issue protective orders in connection with the discovery process.[1] In contrast to Rule 16(d)(1)'s discretionary authority, however, Section 3 "makes it clear that protective orders are to be issued, if requested, whenever the government discloses classified information to a defendant in connection with a prosecution, *e.g.*, Brady and Jencks material." *Id*.

For the reasons stated, the government requests that the Court issue the proposed Protective Order Pursuant to Section 3 of the Classified Information Procedures Act so that appropriately cleared counsel for the defendant may review the classified discovery

---

[1] Rule 16(d)(1) provides in relevant part that "[a]t any time the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief."

Motion for Protective Order - 2

material, if they wish to do so, and so that sensitive discovery materials may be disseminated to the defense.

                                      Respectfully submitted,

                                      JOSH J. MINKLER
                                      United States Attorney


                            By:    <u>s/Doris L. Pryor</u>
                                   Doris L. Pryor
                                   Assistant United States Attorney

Motion for Protective Order - 3

## CERTIFICATE OF SERVICE

      I hereby certify that on March 30, 2017, a copy of the foregoing Motion for a Protective Order pursuant to Section 3 of the Classified Information Procedures Act was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**Joshua S. Moudy**
KAMMEN & MOUDY
135 North Pennsylvania St.
Suite 1175
Indianapolis, IN 46204
josh@kammenlaw.com

**Thomas Anthony Durkin**
DURKIN & ROBERTS
2446 N. Clark Street
Chicago, IL 60614
tdurkin@durkinroberts.com