# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Cause No. 1:16-cr-00190-SEB-MJD |
| ) | |
| AKRAM I. MUSLEH, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF UNDERSTANDING FOR CLASSIFIED DISCOVERY MATERIALS

I, Joshua Moudy, acknowledge that I have received, read, and understand the Protective Order Pursuant to Section 3 of CIPA entered by the Court on April 18, 2017, in this case, and I agree to comply with its provisions. I understand that I may be the recipient of certain classified information or documents, and direct or indirect unauthorized disclosure, retention, or negligent handling of classified documents or information could cause serious damage to the national security of the United States, or could be used to the advantage of a foreign nation against the interests of the United States.

I agree that I shall never divulge, publish, or reveal either by word, conduct, or any other means, such classified documents or information unless specifically authorized in writing to do so by an authorized representative of the United States Government; or as authorized by the Court pursuant to the Classified Information Procedures Act and the Protective Order(s) entered in this case.

I further acknowledge that I have received, read, and understand the Protective Order governing general discovery, protected general discovery, and sensitive discovery entered in this case. I agree to be bound by the terms specified therein.

I agree that this Memorandum and any other nondisclosure agreement signed by me in connection with this case will remain forever binding upon me, even after the conclusion of this case and any subsequent related proceedings, including the appellate process.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

_____  
Joshua S. Moudy  
Attorney for the Defendant

12-4-17  
Date

_____  
Witness

12-4-17  
Date

_____  
Witness

12/4/17  
Date