UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:16-cr-00190-SEB-MJD |
| | ) | |
| AKRAM I. MUSLEH, | ) | |
| | ) | |
| Defendant. | ) | |

PARTY'S JOINT STATUS REPORT

The United States of America by Matthew J. Rinka, Assistant United States Attorney, and the defendant Akram I. Musleh, by counsel, Thomas A. Durkin, now file this status report concerning the stay of pending pretrial motions deadlines.

1.  On January 26, 2018, a joint motion to stay pretrial motion deadlines was filed. (Dkt No. 105).

2.  On January 30, 2018, an order was issued granting the joint motion to stay pretrial motion deadlines until further order of the Court. (Dkt No. 106)

3.  Consistent with the joint motion to stay, the parties now file this status update concerning the stay.

4.       The parties continue to discuss and seek necessary approvals in an effort to reach a negotiated settlement in this cause.  The parties seek a continuation of the stay while that effort is underway.  The parties will provide a further update 45 days from the date of this status report in the event that further stay of the motions deadlines is requested.

Respectfully submitted,

/s/ Matthew J. Rinka
Matthew J. Rinka
Assistant United States Attorney

/s/ Thomas A. Durkin
Thomas A. Durkin
Counsel for Akram I. Musleh

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2018, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the applicable parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

By:     /s/Matthew J. Rinka
Matthew J. Rinka
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
Tel: (317) 226-6333