# UNITED STATES DISTRICT COURT
## Southern District of Indiana

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　)<br>vs. 　　　　　　　　　　　　　　　) CASE NO. 1:16–cr–00190–SEB–MJD<br>　　　　　　　　　　　　　　　　)<br>AKRAM I. MUSLEH　　　　　　 )<br>　　　　　Defendant(s) 　　　　) | |

## **NOTICE OF FILING OF OFFICIAL TRANSCRIPT**

　　　Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above−captioned matter. The parties have seven (7) calendar days to file with the Court a Notice of Intent to Redact this transcript, after which the parties have twenty−one (21) calendar days from the filing of the transcript to file the Redaction Statement. A Redaction Statement must include the page and line of the transcript where the redaction is being requested. If neither a Notice of Intent to Redact nor a Redaction Statement is filed, the unredacted transcript will be made electronically available to the public after ninety (90) calendar days.

　　　Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the Clerk's Office public terminal.

DATE: April 4, 2018　　　　　　　　　　　　　　s/  Laura Howie−Walters
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Court Reporter

## **Certificate of Service**

　　　I hereby certify that on the date noted above a copy of the foregoing Notice of Filing Official Transcript was served on the parties in this matter by operation of the Court's CM/ECF electronic filing system as to all registered attorneys, and/or I mailed the document to non−registered participants by first−class U.S. Mail, postage prepaid.

　　　　　　　　　　　　　　　　　　　　　　　　　　s/  Laura Howie−Walters
　　　　　　　　　　　　　　　　　　　　　　　　　　Court Reporter