UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:16-cr-00190-SEB-MJD |
| | ) | |
| AKRAM I. MUSLEH, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF NON-REDACTION OF TRANSCRIPT

Comes now the United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Matthew J. Rinka, Assistant United States Attorney, and pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure and Southern District of Indiana Rule 80-2, hereby notifies the Court that pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure and Southern District of Indiana Rule 80-2, it has reviewed the transcript of Motion for Continuance, held on March 20, 2017 before Judge Sarah Evans Barker (Docket No. 109). The United States hereby notifies this Court that there are no personal identifiers that should be redacted prior to the electronic filing of the official transcript.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:   *s/Matthew J. Rinka*
Matthew J. Rinka
Assistant United States Attorney
Office of the United States Attorney
E-mail: Matthew. Rinka@usa.doj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2018, a copy of the foregoing Notice of Non-Redaction of Transcript was filed electronically. Notice of this filing will be sent to the applicable parties by operation of the Court's electronic filing system and a copy will be emailed to the court reporter. Parties may access this filing through the Court's system.

By: *s/Matthew J. Rinka*
Matthew J. Rinka
Assistant United States Attorney