UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Cause No. 1:16-CR-190-SEB-MJD |
| AKRAM I. MUSLEH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on the Assistant United States Attorney Matthew J. Rinka on behalf of Doris L. Pryor's motion to withdraw her appearance as counsel for the United States of America. Upon consideration of the same, the Court grants the Government's motion.

IT IS THEREFORE ORDERED that the Assistant United States Attorney Doris L Pryor's appearance in the above-referenced case is withdrawn.

So ORDERED this  14th day of August, 2018.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel via electronic notification.