UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 1:16-CR-190-SEB-MJD |
| AKRAM I. MUSLEH, | ) |
| Defendant. | ) |

## ORDER ON GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

This matter is before the Court upon the Government's Unopposed Motion to Continue the November 1, 2018, sentencing hearing presently set in this cause.

The Court, being duly advised, now finds the Motion well taken, and that the Motion should be GRANTED for the reasons set forth in Government's Motion.

**IT IS THEREFORE ORDERED** that the November 1, 2018, sentencing hearing is vacated, and that the sentencing hearing in this cause be rescheduled to commence on February 26, 2019 at 10:15 a.m. in Room 216, U.S. Courthouse, Indianapolis, Indiana.

DONE at Indianapolis, Indiana, this 31st day of October, 2018.

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification.