IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>AKRAM MUSLEH,<br><br>                Defendant. | Case No. 16-cr-190<br><br>Judge Sarah Evans Barker |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

**ROBIN V. WATERS**, one of the attorneys of record for Defendant, **AKRAM MUSLEH**, respectfully moves this Court for leave to withdraw as counsel for Defendant pursuant to Local Rule 83.7. Ms. Waters is no longer associated with the firm of Durkin & Roberts and will not be able to continue with Defendant's representation. Mr. Musleh will continue to be represented by the remaining attorneys of record. Therefore, Ms. Waters respectfully seeks leave of Court to withdraw from the representation.

WHEREFORE, counsel respectfully asks the Court to grant this Motion to Withdraw.

Dated: January 28, 2019

Respectfully submitted,

By: /s/ Robin Waters

Robin Waters (IL 6317340)
LOEB & LOEB LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60654
Telephone: 312-464-3100
Facsimile: 312-464-3111
rwaters@loeb.com

*One of the Attorneys for Defendant.*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's Case Management/Electronic Case Filing and/or electronic mail on January 28, 2019.

January 28, 2019								By	/s/ Robin Waters
										Robin Waters (IL 6317340)
										LOEB & LOEB LLP
										321 N. Clark Street, Suite 2300
										Chicago, IL 60654
										Telephone: 312-464-3100
										Facsimile: 312-464-3111
										rwaters@loeb.com

										*One of the Attorneys for Defendant.*