UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:16-cr-0190-SEB-MJD |
| AKRAM I. MUSLEH, | ) ) ) | |
| Defendant. | ) | |

**MOTION FOR PRELIMINARY ORDER OF FORFEITURE**

The United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Matthew J. Rinka, Assistant United States Attorney respectfully moves for a Preliminary Order of Forfeiture in the above cause of action, and in support thereof presents the following facts:

1. On September 14, 2016, an Indictment was filed charging the defendant, Akram I. Musleh, with one count of Attempting to Provide Material Support or Resources to a Designated Foreign Terrorist Organization in violation of 18 U.S.C. §§ 2 and 2339B(a)(1) (Count One). Dkt. 43.

2. The Indictment gave the defendant notice of the United States' intent to seek forfeiture pursuant to either:

   a. Title 18, United States Code, Section 981(a)(1)(G), and Title 28, United States Code, Section 2461(c), which require the forfeiture of any property, real or personal, constituting or derived from proceeds traceable to such offense; and/or

   b. Title 18, United States Code, Section 981(a)(1)(G) and Title 28, United States Code, Section 2461(c), which require the forfeiture of all assets, foreign or domestic:

      i. of any individual, entity, or organization engaged in planning or perpetrating any federal crime of terrorism against the United States, citizens or residents of the United States, or their property,

       and all assets, foreign or domestic, affording any person a source of influence over any such entity or organization;

    ii.    acquired or maintained by any person with the intent and for the purpose of supporting, planning, conducting, or concealing any federal crime of terrorism against the United States, citizen or residents of the United States, or their property;

    iii.    derived from, involved in, or used or intended to be used to commit any federal crime of terrorism against the United States, citizens or residents of the United States, or their property; or

    iv.    of any individual, entity, or organization engaged in planning or perpetrating any act of international terrorism against any international organization or against any foreign government.

Dkt. 43. In addition, the Indictment notified the defendants that other property could be substituted for the real and personal property forfeited. *See* 21 U.S.C. § 853(p).

    3.    On May 14, 2018, a Petition to Enter Plea of Guilty and Plea Agreement was filed wherein the defendant agreed to plead guilty to Count One of the Indictment, that of Attempting to Provide Material Support or Resources to a Designated Foreign Terrorist Organization in violation of 18 U.S.C. §§ 2 and 2339B(a)(1). Dkt. 111.

    4.    As part of the plea agreement, the defendant admits that the property listed below constitutes contraband, was used to facilitate, or constitutes the fruits of the commission of the offense to which the defendant is pleading guilty, and therefore, is subject to forfeiture to the United States. The defendant abandons all right, title, and interest in the property listed below so that proper disposition, including destruction, may be made thereof by federal, state, or local law enforcement agencies involved in the investigation of the defendant's criminal activity without further notice or obligation whatsoever owing to the defendant. The defendant further agrees not to contest any forfeiture action brought against and consents to the forfeiture of any of the property listed below, whether any such forfeiture action is administrative, judicial, civil, or

criminal, and agrees not to contest any use or destruction of any of the property listed below by any federal, state, or local law enforcement agency:

    A.    United States Passport and State of Indiana Driver's License in the name of Akram I. Musleh;
    B.    Alcatel Tracfone Black, Serial Number 013325008425593 with SIM card;
    C.    Alcatel T-Mobile Cellphone, IMEI Number 012908006149314;
    D.    Apple IPhone 4 Black, Serial Number CSVFCMKYDDP7;
    E.    Sony Experia M4 Smartphone, IMEI Number 353863071223378;
    F.    LG Simportable DVD Writer;
    G.    l1 External Thumbdrives:
    H.    HP Envy x 360 Laptop Computer Serial Number 8CG6l5ONLS P/NMIC65UA#ABA;
    I.    3 Sandisk MicroSD Adapters; and
          (Collectively known as Asset Identification Number: 16-FBI-006768)

    J.    $2,560 in United States Currency.[1]
          (Asset Identification Number: 16-FBI-006767)

5. On May 23, 2018, the Court accepted the defendant's plea of guilty to Count One of the Indictment, that of Attempting to Provide Material Support or Resources to a Designated Foreign Terrorist Organization in violation of 18 U.S.C. §§ 2 and 2339B(a)(1), and adjudged him guilty.

6. On June 21, 2019, as part of the defendant's sentence, the Court ordered that the defendant's interest in all personal property seized in this case, including, United States Passport and State of Indiana driver's license in the name of Akram I. Musleh; Alcatel Tracfone Black, Serial Number 013325008425593 with SIM card; Alcatel T-Mobile Cellphone, IMEI Number 012908006149314; Apple Iphone 4 Black, Serial Number C8VFCMKYDDP7; Sony Experia M4 Smartphone, IMEI Number 353863071223378; LG Simportable DVD Writer; 11 External Thumb drives: HP Envy x 360 Laptop Computer Serial Number 8CG6l5ONLS

---

[1] The plea agreement states $2,540.00 in United States Currency, however, the correct amount should be $2,560.00 ($2,540.00 seized from Musleh's person and $20.00 found in the backpack he was carrying).

P/NM1C65UA#ABA; 3 Sandisk MicroSD Adapters; United States Currency totaling $2,540, be forfeited to the United States.

7.     Federal Rule of Criminal Procedure 32.2(b) provides that as soon as practical after accepting a plea of guilty, or finding of guilt by a jury, the Court shall determine what property is subject to forfeiture and promptly enter a preliminary order of forfeiture directing forfeiture of specific property without regard to any third party's interest in all or part in it.

8.     Upon issuance of a Preliminary Order of Forfeiture, the United States, pursuant to 21 U.S.C. § 853(n), will post notice of the Court's Order and the United States' intent to dispose of the property described above in paragraph four, and will provide notice directly to any third parties known to have alleged an interest in this property.

WHEREFORE, the United States respectfully requests that this Court enter a Preliminary Order of Forfeiture forfeiting Akram I. Musleh's interest in the subject property, as described in paragraph four above, to the United States, and ordering the United States to seize the property and dispose of it in accordance with the law.

                                                Respectfully submitted,

                                                JOSH J. MINKLER
                                                United States Attorney

By:    *s/ Matthew J. Rinka*
        Matthew J. Rinka
        Assistant United States Attorney
        Office of the United States Attorney
        10 W. Market St., Suite 2100
        Indianapolis, Indiana 46204-3048
        Telephone: (317) 226-6333
        Fax: (317) 226-5027
        Email: matthew.rinka@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 18, 2019, a copy of the foregoing Motion of Preliminary Order of Forfeiture was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

      *s/ Matthew J. Rinka*
      Matthew J. Rinka
      Assistant United States Attorney
      Office of the United States Attorney
      10 W. Market St., Suite 2100
      Indianapolis, Indiana 46204-3048
      Telephone: (317) 226-6333
      Fax: (317) 226-5027
      mail: matthew.rinka@usdoj.gov