UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | |
| v. | Cause No. 1:16-cr-0190-SEB-MJD |
| AKRAM I. MUSLEH, Defendant, | |

FILED
11/30/2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## EMERGENCY MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)

COMES NOW, Petitioner, Akram I. Musleh, pro se, hereby request Compassionate Release due to the outbreak of Covid-19 at FCI Gilmer, where he is now incarcerated, and because he is indisputably at high risk for serious illness and even death should he contract the virus due to his Medical conditions, Suffering from High blood pressure, Diabetes, Arthritis, Tachycardia (heart problems) and PTSD (Post-Traumatic Stress Disorder).

In support of this Motion Petitioner states as Follows:

## PROCEDURAL BACKGROUND

On June 21, 2016 Petitioner was arrested on a Terrorism charge and has been detained since.

On May 23, 2018, the Petitioner, Akram I. Musleh, pled guilty to one count of Attempting to Provide Material Support and Resources to a Foreign Terrorist Organisation, in violation of 18 U.S.C § 2339B (a)(1).

On June 21, 2019 this court sentenced Petitioner to 100 Months imprisonment followed by 140 months of Supervised Release.

### Reasons for Granting the Motion

In light of the alarming and rapid spread of the Covid-19 virus at FCI Gilmer, Petitioner is now requesting relief from this court due to his debilitating Medical conditions that put him vulnerable of being severly ill or dying if infected with Covid-19.

Since October 6th, 2020, the Bureau of Prisons was reporting 3 known cases of Covid-19 at FCI Gilmer, though it had reported 10 cases just the day before, October 5, 2020. Since early October, that number has steadily climbed and FCI Gilmer reported that 51 inmates and one staff member currently had the virus as of November 9, 2020. A day later, On November 10, 2020, that number jumped to 76 inmates[1] positive for the virus, indicating that the October 6th cases resulted in an outbreak that is rapidly currently spreading around the facility.

Moreover, this number likely underrepresents the actual count because FCI Gilmer is not conducting widespread testing, to successfully identify and isolate those infected with the COVID-19 virus.

Meanwhile, Coronavirus cases are currently surging around the Bureau of Prisons (BOP) facilities nationwide, with tens of thousands of cases and hundreds of death[2], making it impossible to effectively isolate the spread of the virus, and while there has been promising news of a vaccine on the horizon[3] there is reason to believe that the United States is a longway from widely distributing an effective vaccine.[4]

Furthermore despite initial clinical results "Key information about the vaccine is not yet available"[5], Even if this vaccine proves safe and effective, incarcerated populations remain at significantly higher risk than the general population.

Although the Department of Health and Human Services has announced its strategy for distributing a Covid-19 vaccine, this strategy does not address incarcerated populations in Jails and Prisons[6] Thus, Compassionate release from BOP custody is the only realistic way that Musleh can protect himself, especially because the virus is surging in this prison as I write this motion.

As a result of these outbreaks Petitioner requested from the Warden (Hudgins) of FCI Gilmer for compassionate release on Oct. 22, 2020, the request was returned unanswered, its been well over the 30 days set requirment for response, and now pursuant to 18 U.S.C § 3582 (c) (1) (A), the Petitioner has fully exhausted his remedies and is ripe for Courts review.

## Petitioner's Medical and Mental health Issues

Petitioner has been recently diagnosed with having High blood (Hypertension) Diabetes and Tachycardia (Heart problems) in addition to his previous Medical conditions, PTSD (Post-Traumatic Stress Disorder), and Arthritis, conditions which put him undisputably at high risk of severe illness and death if infected with Covid-19. According to Center for Disease Control people of high risk include People like Petitioner, suffering from Heart problems, High blood pressure (Hypertension), Diabetes, and other issues all of which can lead to severe illness and even death if contracting Covid-19 virus.

Petitioner's Hypertension (High blood pressure), and Diabetes in itself put him at increased risk of suffering from severe illness or death if infected with the Covid-19 virus without counting (including) the Heart Problems (Tachycardia) and PTSD... There is more research and science on the nature of PTSD, stating "that people suffering from PTSD their immune system weakens due to the Anxiety/Depression mood and mind troubles of which PTSD causes..." and it also "lowers the immune system from successfully fighting diseases... including the Covid-19 virus — a respiratory disease, directly targeting body and the lungs..."

## Petitioner's likelyhood of Re-offending

    Petitioner has been incarcerated for almost 5 years... Petitioner has no Criminal History and prior to his current detainment was never incarcerated nor detained in any Jail, Prison, "Holding Facility", or "Detention Center" in his whole life.

    Upon his arrest, Petitioner immediatly claimed responsibility for his crimes and extensively cooperated with U.S Government authorities and it's allies, including the Government of Australia, as an offical put it "aiding our brothers..." and part of the "5 EYES" intelligence and Law enforcement cooperation agreement, aided in their (Australian authorities) investigations and their intelligence sharing in which he was rewarded with the 5K1.1 Downward Departure Motion for the Extensive Substantial Assistance provided to the U.S Government officials, its allies, and Australian Government Law Enforcement and Intelligence officials in fight against Islamic State of Iraq and Syria (ISIS), Jabbat Al-Nusrah (Al-Qaeda), and Hamas (Muslim Brotherhood) all 3 groups Designated as Foreign Terrorist Organizations by the Secretary of State of the United States.

    Giving the U.S Government and its allies an insight in the Islamic state's (ISIS), Jabbat Al-Nusrah's (Al-Qaeda), and Hamas's (Branch of the Muslim Brotherhood, located predominately in the Gaza Strip) Ruling structure, ideology /ideologies, recruitment strategy, Hijrah (Migration to aiding and assisting the organizations) plan strategies, Propaganda Strategy, and names of its leaderships and locations...

Including identifying a high ranking ISIS member which the Government identified/labeled in their Memorandum (Sentencing Memorandum) as "individual #5" a.k.a. Abu Waqqas who was responsible for encouraging terrorist attacks in United States and abroad, including plans instructing Petitioner to attack the U.S Military base in Florida responsible for maintaining Military Drones of which proven crucial in attacking the once established Caliphate of ISIS (Caliphate is a State recognising only the Sharia as law) and other Terrorist organizations... in which Petitioner refused and upon arrest cooperated fully with authorities...

Abu Waqqas working under ISIS's Spokesman Abu Muhammad Al-Adnani's (of whom needs no introduction; causing thousands rather hundreds of thousands of deaths, executions, beheadings around the world) directing hand in Propaganda and attacks around the world, in effect becoming a viable target.

Abu Waqqas was airstriked by U.S. Military as a result of Petitioner's information sharing with members of the Joint Terrorism Task Force (JTTF) whom are responsible of coordinating the fight against Terrorist Organizations in all forms. Abu Waqqas was identified in several photos shown by "JTTF" by Petitioner and was successfully terminated by U.S Military.

In Addition, Petitioner was also met by Government officials of Australia, Law Enforcement and Intelligence officials as a courtesy to the U.S Government and assisted in the investigation and prosecution of the individual known as "Ghuraba", who was responsible of encouraging terrorist attacks in the U.S., Europe, Australia and Elsewhere on behalf of the Islamic State terrorist

organization, as well as recruiting people to join the terrorist Organization / self proclaimed Caliphate... "Ghuraba" was prosecuted and is currently in prision.

Petitioner's cooperation was extensive and detailed, and if early released Petitioner wishes to contribute as well as educate his community and the youth about terrorist organizations, their evil strategies of luring and recruiting the vulnerable, youth and the people of the community and encourage the cooperation between Muslim Communities and Law Enforcement to help solve this issue at hand that every community currently faces around the country.

While incarcerated, Petitioner is also enrolled in College at Glenville State University, correspondance program and if released will continue the College via correspondance from his Mother's apartment through U.S Mail and/or online via internet.

Petitioner's re-habilitation in prision is extensive... in addition to College enrollment, has also completed with the assistance of the Psychology Department at Federal Correctional Institution Gilmer a number of Psychology Programs... including "Anger Control Plan", "Aggression Cycle", "Cognitive Restructing", "Assertiveness & Conflicts", "Anger & Family", (see Bureau of Prisions, Psychology Services, Program Participation at "Exhibit 1" issued by Chief Psychologist Duvall, Thomas Ph.D in support of this Motion and Petitioner's release)

Unlike other Terrorism cases Petitioner's case is a non-violent offense and unlike other cases Petitioner's Criminal case has no victims, and Petitioner regrets his past foolishness, and as Bureau of Prisons records and this Motion show that Petitioner satisfies 3553(a) factors that support his release and is ready to re-enter society to protect himself from the Covid-19 virus as well as to contribute.

### Petitioner's Release Plan

Petitioner has been incarcerated for almost 5 years... he is scheduled to be released on home confinement on July 22, 2022...

Petitioner has a wonderful option for residency, upon release he has been invited to reside with his family at his Mother's Apartment; Sabreen Musleh, 8162 Westwood Ct., Apt. D 244 Crownpoint, IN 46307 all of whom will also support him fully including financially. Petitioner's family has no criminal history whatsoever and are legitimately employed...

Upon release, Petitioner in addition has been offered a Job by his Brother, Omear I. Musleh, which will also help in Re-integration of Petitioner back to the society and normal life.

Petitioner has complete support in the event he is released and return to his Mother's apartment.

## Foot Notes

1- Bureau of Prisions, Covid-19 statistics at Prisions at https://www.BOP.Gov/Coronavirus

2- Bureau of Prisions, Covid-19 statistics at Prisions at https://www.BOP.Gov/Coronavirus

3- Herper, Matthew, Covid-19 vaccine from Pfizer and BioNtech is strongly effective, early data from large trial indicate (Nov. 9, 2020) https://www.statnews.com/2020/11/09/covid-19-vaccine-from-pfizer-and-biontech-is-strongly-effective-early-data-from-large-trial-indicate/.

4- The CDC has indicated that while a vaccine may become available this year, "there may not be enough doses for all adults" until "later in 2021." Centers For Disease Control & Prevention, Frequently Asked Questions about COVID-19 Vaccination (last updated Nov. 4, 2020) https://www.cdc.gov/coronavirus/2019-ncov/vaccines/faq.html.

5- Herper, supra note 3 ("There is no information yet on whether the vaccine prevents severe cases, the type that can cause hospitalization and death. Nor is there any information yet on whether it prevents people from carrying the virus that causes Covid-19, SARS-CoV-2, without symptoms. Without more information, it's too early to start predicting how much of an impact the vaccine could make, said Michael Osterholm, director of the University of Minnesota's Center For Infectious Diseases Research and Policy").

6- The words "prisions", "Jail", "inmate", and "incarceration" do not appear anywhere in some Department of Health and Human Services strategy

documents for disseminating a COVID-19 vaccine, indicating the lack of prioritization for providing vaccines to these populations. Department of Health and Human Services, From the Factory to the Frontlines: The Operation Warp Speed Strategy for Distributing a COVID-19 Vaccine (Sept. 16, 2020) https://www.hhs.gov/sites/default/files/strategy-for-distributing-covid-19-vaccine.pdf.

## Conclusion

For the reasons stated herein, Petitioner request to be granted compassionate release by this Court and to be released from custody.

Respectfully submitted,

Akram I. Musleh, Pro Se
Federal Correctional Institution
FCI Gilmer
P.O. Box 6000
Glenville, WV 26351

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2020, I will mail this motion via Prison Mailbox to Clerk of Court which in turn will send a notification of such filing to all counsel of record.

Akram I. Musleh, Pro se,

*11*

Exhibit 1

**Bureau of Prisons**
**Psychology Services**
**Group Participation**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | |
|---|---|---|---|---|
| **Inmate Name:** MUSLEH, AKRAM | | | | **Reg #:** 15243-028 |
| **Date of Birth:** 10/28/1997 | **Sex:** M | **Facilitator:** (P)DuVall, Thomas PhD, Chief Psychologist | | |
| **Date:** 11/13/2019 | **Group Facility:** GIL | **Group Title:** [118] Q3 Anger Management | | |

**Status:** Completed
**Enroll Date:** 11/13/2019   **End Date:** 02/28/2020
**Total Hours:** 16.5

## SESSION DATA:

**Number of Sessions:** 15   **First Session Date:** 11/13/2019   **Last Session Date:** 02/26/2020

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 02/26/2020 | 12. Closing & Graduation | 90 | Complete Session | Good | Satisfactory |
| 02/19/2020 | 11. Review | 90 | Complete Session | Good | Satisfactory |
| 02/12/2020 | Anger and the Family | 90 | Complete Session | Good | Satisfactory |
| 02/05/2020 | 9. Anger & Family | 90 | Complete Session | Good | Satisfactory |
| 01/29/2020 | Lockdown due to Influenza | 0 | Absent Excused | Not Apply | Not Apply |
| 01/22/2020 | 8. Assertiveness & Conflict Res | 90 | Complete Session | Good | Satisfactory |
| 01/15/2020 | 7. Assertiveness & Conflict Res | 90 | Complete Session | Good | Not Apply |
| 01/08/2020 | 6. Review | 90 | Complete Session | Good | Satisfactory |
| 01/02/2020 | Institutional Lockdown | 0 | Absent Excused | Not Apply | Not Apply |
| 12/20/2019 | 5. Cognitive Restructuring | 0 | Absent Not Excused | Not Apply | Not Apply |
| 12/12/2019 | 4. Aggression Cycle | 90 | Complete Session | Good | Satisfactory |
| 12/04/2019 | 3. Anger Control Plan | 90 | Complete Session | Good | Unsatisfactory |
| 11/26/2019 | Events & Cues | 90 | Complete Session | Good | Satisfactory |
| 11/20/2019 | LOCKDOWN | 0 | Absent Excused | Not Apply | Not Apply |
| 11/13/2019 | Session 1. Overview | 90 | Complete Session | Good | Not Apply |

| **Attendance** | | **Participation** | | **Homework** | |
|---|---|---|---|---|---|
| Complete Session Present | 73.3 % | Good | 73.3 % | Not Apply | 40.0 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 53.3 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 6.7 % |
| Absent Excused | 20.0 % | Not Apply | 26.7 % | | |
| Absent Not Excused | 6.7 % | | | | |

# Certificate of Completion

*Hereby presented to*

*MUSLEH, AKRAM*
*#15243-028*

has successfully completed
ANGER MANAGEMENT

at FCI Gilmer
February 26, 2020



_____
Dr. T. Wagner
Staff Psychologist

Akram Musleh 15273-028
P.O. Box 6000
FCI Gilmer
Glenville, WV 26351

— Legal Mail —
Attorney / Client
Privileged Communications

Priority Mail

Clerk of Court
U.S. District Court
46E Ohio st.
Indianapolis, IN 46204

FILED
NOV 30 2020
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

< Priority Mail >

46204-199999