UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cr-00190-SEB-MJD |
| | ) | |
| AKRAM I. MUSLEH, | ) -01 | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant's Motion to Supplement the Record and to Comply with the Court's Order of May 13, 2021, dkt. [175], is **granted to the extent** that: (1) the Court will allow Attorney Durkin to represent Defendant with respect to his motion for compassionate release on a pro bono basis; and (2) the Court will construe Attorney Durkin's most recent filing (dkt. 175) as notice that he has adopted the Motion for Compassionate Release and Supplement (dkts. 164 and 172). Because Attorney Durkin has adopted those filings, there is no need for Defendant to ratify them as set forth in the Court's Order of May 13. Finally, the United States shall file its response to Defendant's motion and supplement (dkts. 164 and 172) within **14 days of the date of this Order**. Any reply must be filed within **7 days** after the United States files its response.

    **IT IS SO ORDERED.**

Date: 6/2/2021

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

**Distribution:**

Akram Musleh
Reg. No. 15243-028
FCI Gilmer
Federal Correctional Institution
P.O. Box 6000
Glenville, WV 26351

All Electronically Registered Counsel